AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| John Doe <br><br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, MATTHEW WHITAKER, THOMAS E. BRANDON, in their official capacities <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 19-cv-006 - SMY - RJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald J. Trump, in his Official Capacity as President of the United States
1600 Pennsylvania Avenue, NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

618-216-6291
tmaag@maaglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| John Doe <br><br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, MATTHEW WHITAKER, THOMAS E. BRANDON, in their official capacities <br><br> *Defendant(s)* | Civil Action No. 19-cv-006 - SMY - RJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Whitaker, in his Official Capacity as Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

618-216-6291
tmaag@maaglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| John Doe ) <br> ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> DONALD J. TRUMP, MATTHEW WHITAKER, ) <br> THOMAS E. BRANDON, in their official capacities ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 19-cv-006-SMY-RJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas E. Brandon, in his Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

618-216-6291
tmaag@maaglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/18/19

*Signature of Clerk or Deputy Clerk*