# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )    **Case No. 19-cv-6-SMY** ) ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, MATTHEW WHITAKER, in his official capacity as Acting Attorney General of the United States, and THOMAS E. BRANDON, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated September 28, 2021

(Doc. 65), Plaintiff's claims against the Defendants are **DISMISSED with prejudice.**

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  September 28, 2021**

                                        **MARGARET M. ROBERTIE, Clerk of Court**

                                        **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**